IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Merceda D Gooding

19520 Waters Road 1518

Germantown, Maryland 20874

*(Write the full name of each plaintiff who is filing
this complaint.  If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*


-against-

Sykes Enterprise, Incorporated

400 Ashley Drive, Suite 3100

Tampa Florida 33602

*(Write the full name of each defendant who is
being sued.  If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for Employment
Discrimination**

Case No. ___PWG **20 CV 3292**

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes   ☐ No

*(check one)*

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Merceda D Gooding |
| Street Address | 19520 Waters Road, Apt #1518 |
| City and County | Germantown, Montgomery |
| State and Zip Code | Maryland 20874 |
| Telephone Number | (301) 312-7627 |
| E-mail Address | merceda.gooding@yahoo.com |

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Andrea Kiehl, Esquire |
| Job or Title (if known) | Attorney |
| Street Address | 400 N Ashley Dr. Suite 3100 |
| City and County | Tampa Hillsborough County |
| State and Zip Code | Florida 33602 |
| Telephone Number | (813) 274-1000 |
| E-mail Address (if known) | |

Defendant No. 2

|                       |                              |
|-----------------------|------------------------------|
| Name                  | _____    |
| Job or Title (if known) | _____  |
| Street Address        | _____    |
| City and County       | _____    |
| State and Zip Code    | _____    |
| Telephone Number      | _____    |
| E-mail Address (if known) | _____ |

Defendant No. 3

|                       |                              |
|-----------------------|------------------------------|
| Name                  | _____    |
| Job or Title (if known) | _____  |
| Street Address        | _____    |
| City and County       | _____    |
| State and Zip Code    | _____    |
| Telephone Number      | _____    |
| E-mail Address (if known) | _____ |

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

**C.**   **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Sykes Enterprise Incorporated |
| Street Address | 400 N Ashley Avenue |
| City and County | Tampa Hillsborough County |
| State and Zip Code | Florida 33602 |
| Telephone Number | (813) 274-1000 |

3

## II.     Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒     Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒     Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Other federal law *(specify the federal law)*:

_____

☐     Relevant state law *(specify, if known)*:

_____

☐     Relevant city or county law *(specify, if known)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.      The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐      Failure to hire me.

☐      Termination of my employment.

☐      Failure to promote me.

☐      Failure to accommodate my disability.

☐      Unequal terms and conditions of my employment.

☐      Retaliation.

☐      Other acts *(specify)*: _____

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.      It is my best recollection that the alleged discriminatory acts occurred on date(s)

10/12/18;11/6/2018,11/24/2019-11/19/2020;12/1/2019-1/1/2019;2/10/19-2/28/2019;3/6/2019

C.      I believe that defendant(s) *(check one)*:

☐      is/are still committing these acts against me.

☐      is/are not still committing these acts against me.

D.      Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐      race African American

☐      color Black

☐      gender/sex _____

☐      religion _____

☐      national origin _____

☐      age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☐      disability or perceived disability *(specify disability)* PTSD, Anxiety, Asthma and mobility

E.     The facts of my case are as follows.  Attach additional pages if needed.

I was subject to harassment, discipline, unequal terms, and conditions on employment and discharge

because of my race (African American) and my disability. I was terminated because I complained about

discrimination over a 5-month period after I disclosed to Sykes Enterprise about my disability and ADAA

accommodations. As I tried to meet with HR department and Sykes Compliance, Sandra Kittler, Manager

interfered with my rights to meet with HR regarding my discrimination complaints by intimidation tactics.

Ms. Sandra Kittler inform me that she have to be present when I meet with Sykes HR.  (See Attached)

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.     Exhaustion of Federal Administrative Remedies

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

April 5, 2019

B.     The Equal Employment Opportunity Commission *(check one)*:

☐     has not issued a Notice of Right to Sue letter.

☐     issued a Notice of Right to Sue letter, which I received on *(date)*
       8/15/2020

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐     60 days or more have elapsed.

☐     less than 60 days have elapsed.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

If not for the wrongful termination, retaliation and the violation of Title VII and the ADA, I would not have

suffered extremely with my injuries and subsequently lost wages, pain, and suffering. To compensate

me for the physical pain, inflicting emotional distress, and the loss of financial costs I sustained because of

the wrongful termination, I demand back pay $25,480 yearly back plus pay punitive damages (Sykes egregious conduct)

and emotional distress $150,000 for pain and suffering the total amount of $175,480 to settle my damages.

On 3/6/2019, I was terminated while on approved leave #ID 622680457982 supported by doctors request .