# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MERCEDA D. GOODING, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 8:20-cv-03292-PX |
| SYKES ENTERPRISE, INCORPORATED, | * | |
| Defendant. | * | |

\*\*\*

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 15th day of February, 2023, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion for summary judgment (ECF No. 138) filed by Defendant SYKES Enterprise, Incorporated BE, and the same hereby IS, GRANTED;

2. Judgment BE, and the same hereby IS, ENTERED in favor of SYKES Enterprise, Incorporated and against Plaintiff Merceda D. Gooding on all counts;

3. The clerk is directed to MAIL copies of the Memorandum Opinion and this Order to Plaintiff Merceda D. Gooding and otherwise TRANSMIT copies of the Memorandum Opinion and Order to counsel for Defendant SYKES Enterprise, Incorporated; and

4. The clerk is directed to CLOSE the case.

  2/15/2023                                                    /S/
Date                                                           Paula Xinis
                                                               United States District Judge