**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1292

MERCEDA D. GOODING,

        Plaintiff - Appellant,

    v.

SYKES ENTERPRISE, INCORPORATED,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:20-cv-03292-PX)

Submitted:  February 22, 2024                         Decided:  February 26, 2024

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Merceda D. Gooding, Appellant Pro Se.  Anessa Abrams, FORDHARRISON LLP, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Merceda D. Gooding appeals the district court's judgment denying relief on her discrimination claims. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Gooding v. Sykes Enter., Inc.*, No. 8:20-cv-03292-PX (D. Md. Feb. 15, 2023). We deny Gooding's motion for a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*